636 A.2d 628

COMMONWEALTH of Pennsylvania, DEPARTMENT
OF GENERAL SERVICES, and the Public
School Employees' Retirement Board

v.

John O. VARTAN, t/d/b/a Independent
American Investments, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 26, 1994.

Decided Feb. 15, 1994.

Kevin J. McKeon, Justin H. McCarthy, Harrisburg, for J.O.
Vartan.

Kathleen E. Boyle, Philadelphia, for Pa. State Employees'
Retirement Bd.

Before NIX, C.J., and FLAHERTY, ZAPPALA,
PAPADAKOS, CAPPY and MONTEMURO, JJ.

### *ORDER*

PER CURIAM:

Order affirmed.

CASTILLE, J., did not participate in the consideration or
decision of this case.

MONTEMURO, J., is sitting by designation as Senior
Justice pursuant to Judicial Assignment Docket No. 94 R1800,
due to the unavailability of LARSEN, J., see No. 127 Judicial
Administration Docket No. 1, filed October 28, 1993.